UNITED STATES DISTRICT COURT

DISTRICT OF OREGON — EUGENE DIVISION

| | |
|---|---|
| NANCY BOYD,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No.: 6:18-cv-01700-AA<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT U.S. BANK N.A.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Nancy Boyd and defendant U.S. Bank N.A., that U.S. Bank N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

Dated: February 15, 2019      By:    */s/ Kyle W. Schumacher*
                                                           Kyle W. Schumacher, OSB No. 121887

                                                           Attorneys for Plaintiff

                                                           **LARKINS VACURA KAYSER**

Dated: February 15, 2019      By:    */s/ Brett Applegate*
                                                           Brett Applegate, OSB No. 132944
                                                           Attorneys for Defendant