IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCY BOYD,

      Plaintiff,

      v.

U.S. BANK, NATIONAL ASSOCIATION,

      Defendant.

Civ. No. 6:18-cv-01700-AA

JUDGMENT

    This action is DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

    DATED: 2/15/2019

                            Mary L. Moran, Clerk

                        By    /s/ Cathy Kramer
                                Deputy Clerk

1 –JUDGMENT